# Chart

## Ammie P. Hale
DOB: 05/24/1975

# Encounters

**Encounter 4** Date 06/03/2021
**Diagnosis** Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9)

**Encounter 3** Date 05/13/2021
**Diagnosis** Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9)

**Encounter 2** Date 04/29/2021
**Diagnosis** Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9)

**Encounter 1** Date 04/15/2021
**Diagnosis** Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain 724.5 | M54.9)

Encounter # 4

History & Physical Report
6/9/2021: Office Visit - Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9) (Nasreen R. Dar, MD)
Ammie P Hale
Documented: 6/9/2021 1:50 PM
Location: Princeton Office
Patient #: 55190
DOB: 5/24/1975
Married / Language: English / Race: White
Female

History of Present Illness (Nasreen R. Dar MD; 6/9/2021 3:01 PM)
The patient is a 46 year old female who presents with a complaint of follow-up.

Location: Bipolar Disorder
Severity: 5 (1-10)
Duration: Several yrs.
Symptoms: increased frequency of depression episode and low motivation

Problem List/Past Medical (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Back pain (724.5 | M54.9)

Allergies (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
No Known Drug Allergies   [04/15/2021]:
No Known Allergies   [04/15/2021]:

Immunization History (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Up to date

Family History (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Depression   Father.
Bipolar Disorder   Maternal Aunt.

Social History (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Current tobacco use   Current every day smoker.
Non Drinker/No Alcohol Use
Drug Use   Uses marijuana.

Travel History (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Non-Contributory Travel History

Medication History (Nasreen R. Dar, MD; 6/9/2021 2:54 PM)
Abilify (5MG Tablet, 1 (one) Oral am, Taken starting 05/13/2021) Active.
Amitriptyline HCl (50MG Tablet, 1 (one) Oral hs, Taken starting 05/13/2021) Active.
Medications Reconciled

Review of Systems (Nasreen R. Dar MD; 6/9/2021 2:54 PM)
**General** Present- Fatigue, Night Sweats, Tiredness and Weight Gain. Not Present- Appetite Loss, Dietary Changes, Excessive Crying, Medication Changes, Obesity and Weight Loss.
**Skin** Not Present- Bruising, Clamminess, Dryness, Hives, Itching, Pruritus and Rash.
**HEENT** Present- Visual Disturbances and Wears glasses/contact lenses. Not Present- Blurred Vision, Color Blindness, Decreased Night Vision, Double Vision, Ear Discharge, Ear Pain, Eye Pain, Glaucoma, Hearing Loss, Nose Bleed, Ringing in the Ears, Runny Nose, Sleep Apnea and Spinning Sensation.
**Neck** Present- Neck Pain and Neck Stiffness.
**Respiratory** Not Present- Chronic Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Present- Palpitations. Not Present- Chest Pain, Edema and Fainting / Blacking Out.
**Musculoskeletal** Present- Back Pain, Joint Pain and Joint Stiffness. Not Present- Joint Redness, Joint Swelling, Leg Cramps, Leg Weakness, Muscle Atrophy, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Fainting, Focal Neurological Symptoms, Headaches, Hyperactivity, Incontinence Stool, Incontinence Urine, Incoordination, Loss of Consciousness, Numbness, Paresthesias and Seizures.
**Psychiatric** Present- Anxiety, Change in Sleep Pattern, Depression, Easily Irritated, Hypersomnia, Inability to Concentrate, Mood changes and Nervousness. Not Present- Delirium, Delusions, Disorientation, Early Awakening, Fearful, Feels safe at home, Frequent crying, Hallucinations, Impaired Cognitive Function, Insomnia, Memory Loss, Panic Attacks, Suicidal Ideation, Suicidal Planning and Trouble Falling Asleep.

Vitals (Nasreen R. Dar MD; 6/9/2021 2:55 PM)
6/9/2021 2:14 PM
Weight: 194.13 lb   Height: 64 in
Body Surface Area: 1.93 m²   Body Mass Index: 33.32 kg/m²
Temp.: 97.5° F (Temporal)   Pulse: 86 (Regular)
BP: 106/80 (Sitting, Left Arm, Standard)

Physical Exam (Nasreen R. Dar MD; 6/9/2021 2:55 PM)

**General**
Mental Status - Alert.
General Appearance - Cooperative.
Build & Nutrition - Well nourished and Well developed.
Posture - Normal posture.
Gait - Normal.
Hydration - Well hydrated.
Voice - Normal.
Dress - Neat and Appropriate.
Health Status - General Health Good.
Hygiene - Good.
Eye Contact - Good.

**Integumentary**
Global Assessment
Examination of related systems reveals - Eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids. Upon Inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.
General Characteristics
Overall examination of the patient's skin reveals - no rashes. Color - normal coloration of skin. Skin Moisture - normal skin moisture. Temperature - normal warmth is noted. Texture - normal skin texture. Thickness - normal skin thickness. Hair Distribution and Texture - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
Face
Global Assessment - atraumatic.
Neck
Global Assessment - full range of motion.

**ENMT**
Global Assessment
Examination of related systems reveals - normocephalic, atraumatic. Upon examination of the ears, nose, mouth and throat - on assessment of hearing, the patient has normal hearing threshold.

**Chest and Lung Exam**
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.

**Breast** - Did not examine.

**Cardiovascular**
Cardiovascular examination reveals - (see Vital Signs section for blood pressure measurements).

**Neurologic**
Examination of related systems reveals - patient is well-developed and well-nourished, normal gait and station and normal muscle strength and tone in all extremities.

**Neuropsychiatric**
Examination of related systems reveals - strength and tone is normal overall with no atrophy, spasticity or tremors.
Mental status exam performed with findings of - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation and displays ability to recall recent and remote events and fund of knowledge is intact.
Orientation - oriented to person, oriented to place and oriented to time.
Associations - intact.
Judgment and Insight - insight is appropriate concerning matters relevant to self, the patient displays appropriate judgment regarding every day activities and judgment is appropriate in social situations.
Abnormal/ Psychotic Thoughts - no delusions, no hallucinations, no compulsions, no obsessions, no homicidal ideation, no suicidal ideation, no phobias.
Speech - Normal.
Language - Normal.
Thought Processes/ Cognitive Function - Normal.
Attitude - Cooperative.
Mannerisms - None.
Muscular - Fidgety.
Physio Signs - None.
Mood - Depressed and Anxious.
Affect - Appropriate.
Insight - Fair.
Judgement - Fair.
Concentration - Fair.

Assessment & Plan (Nasreen R. Dar MD; 6/9/2021 2:59 PM)
Bipolar affective, mixed (296.60 | F31.60)
Anxiety, generalized (300.02 | F41.1)
Back pain (724.5 | M54.9)
Current Plans

- Changed Abilify 15 MG Oral Tablet, 1/2 Tablet am, #45, 30 days starting 06/09/2021, No Refill.
- Continued Amitriptyline HCl 50 MG Oral Tablet, 1 (one) Tablet hs, #30, 30 days starting 06/09/2021, No Refill.
- Supportive counseling was provided: discussed with patient and provided information.
- Pt Education - Stress Management: Deep Breathing: relaxation techniques
- Follow up in 4 weeks or as needed

Note: Patient Counselled regarding effects and side-effects of medicines.

Time Spent 15 min.

Signed electronically by Nasreen R Dar, MD (6/9/2021 3:02 PM)

**Encounter # 3**

**History & Physical Report**
5/13/2021: Office Visit - Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9) (Nasreen R. Dar, MD)
Ammie P Hale
Appointment: 5/13/2021 2:00 PM
Location: Princeton Office
Patient #: 55190
DOB: 5/24/1975
Married / Language: English / Race: White
Female

History of Present Illness (Nasreen R. Dar MD; 5/13/2021 4:51 PM)
The patient is a 45 year old female who presents with a complaint of follow-up.

Location: Bipolar Disorder
Severity: 4 (1-10)
Duration: Several yrs.
Symptoms: nervousness

Problem List/Past Medica (Nasreen R. Dar, MD; 5/13/2021 3:11 PM)
Back pain (724.5 | M54.9)

Allergies (Nasreen R. Dar MD; 5/13/2021 3:11 PM)
No Known Drug Allergies  [04/15/2021]:
No Known Allergies  [04/15/2021]:

Immunization History (Nasreen R. Dar, MD; 5/13/2021 3:11 PM)
Up to date

Family History (Nasreen R. Dar, MD; 5/13/2021 3:11 PM)
Depression   Father.
Bipolar Disorder   Maternal Aunt.

Social History (Nasreen R. Dar MD; 5/13/2021 3:11 PM)
Current tobacco use   Current every day smoker.
Non Drinker/No Alcohol Use
Drug Use   Uses marijuana.

Travel History (Nasreen R. Dar, MD; 5/13/2021 3:11 PM)
Non-Contributory Travel History

Medication History (Nasreen R. Dar, MD; 5/13/2021 3:12 PM)
Abilify (5MG Tablet, 1 (one) Oral am, Taken starting 04/29/2021) Inactive.
Amitriptyline HCl (50MG Tablet, 1 (one) Oral hs, Taken starting 04/29/2021) Inactive.
Medications Reconciled

Review of Systems (Nasreen R. Dar MD; 5/13/2021 3:11 PM)
**General** Present- Fatigue, Night Sweats, Tiredness and Weight Gain. Not Present- Appetite Loss, Dietary Changes, Excessive Crying, Medication Changes, Obesity and Weight Loss.
**Skin** Not Present- Bruising, Clamminess, Dryness, Hives, Itching, Pruritus and Rash.
**HEENT** Present- Visual Disturbances and Wears glasses/contact lenses. Not Present- Blurred Vision, Color Blindness, Decreased Night Vision, Double Vision, Ear Discharge, Ear Pain, Eye Pain, Glaucoma, Hearing Loss, Nose Bleed, Ringing in the Ears, Runny Nose, Sleep Apnea and Spinning Sensation.
**Neck** Present- Neck Pain and Neck Stiffness.
**Respiratory** Not Present- Chronic Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Present- Palpitations. Not Present- Chest Pain, Edema and Fainting / Blacking Out.
**Musculoskeletal** Present- Back Pain, Joint Pain and Joint Stiffness. Not Present- Joint Redness, Joint Swelling, Leg Cramps, Leg Weakness, Muscle Atrophy, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Fainting, Focal Neurological Symptoms, Headaches, Hyperactivity, Incontinence Stool, Incontinence Urine, Incoordination, Loss of Consciousness, Numbness, Paresthesias and Seizures.
**Psychiatric** Present- Anxiety, Change in Sleep Pattern, Depression, Easily Irritated, Hypersomnia, Inability to Concentrate, Mood changes and Nervousness. Not Present- Delirium, Delusions, Disorientation, Early Awakening, Fearful, Feels safe at home, Frequent crying, Hallucinations, Impaired Cognitive Function, Insomnia, Memory Loss, Panic Attacks, Suicidal Ideation, Suicidal Planning and Trouble Falling Asleep.

Vitals (Nasreen R. Dar MD; 5/13/2021 3:15 PM)
5/13/2021 2:12 PM
**Weight:** 197.38 lb   **Height:** 64 in
**Body Surface Area:** 1.95 m²   **Body Mass Index:** 33.88 kg/m²
**Temp.:** 97.7° F (Temporal)   **Pulse:** 93 (Regular)
**BP:** 115/82 (Sitting, Left Arm, Standard)

Physical Exam (Nasreen R. Dar MD; 5/13/2021 3:15 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Build & Nutrition** - Well nourished and Well developed.
**Posture** - Normal posture.
**Gait** - Normal.
**Hydration** - Well hydrated.
**Voice** - Normal.
**Dress** - Neat and Appropriate.
**Health Status** - General Health Good.
**Hygiene** - Good.
**Eye Contact** - Good.

**Integumentary**
**Global Assessment**
**Examination of related systems reveals** - Eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids. **Upon inspection and palpation of skin surfaces of the** - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture, **Temperature** - normal warmth is noted. **Texture** - normal skin texture. **Thickness** - normal skin thickness. **Hair Distribution and Texture** - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - full range of motion.

**ENMT**
**Global Assessment**
**Examination of related systems reveals** - normocephalic, atraumatic. **Upon examination of the ears, nose, mouth and throat** - on assessment of hearing, the patient has normal hearing threshold.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Breast** - Did not examine.

**Cardiovascular**
**Cardiovascular examination reveals** - (see Vital Signs section for blood pressure measurements).

**Neurologic**
**Examination of related systems reveals** - patient is well-developed and well-nourished, normal gait and station and normal muscle strength and tone in all extremities.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or tremors.
**Mental status exam performed with findings of** - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation and displays ability to recall recent and remote events and fund of knowledge is intact.
**Orientation** - oriented to person, oriented to place and oriented to time.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self, the patient displays appropriate judgment regarding every day activities and judgment is appropriate in social situations.
**Abnormal/Psychotic Thoughts** - no delusions, no hallucinations, no compulsions, no obsessions, no homicidal ideation, no suicidal ideation, no phobias.
**Speech** - Normal.
**Language** - Normal.
**Thought Processes/Cognitive Function** - Normal.
**Attitude** - Cooperative.
**Mannerisms** - None.
**Muscular** - Fidgety.
**Physio Signs** - None.
**Mood** - Depressed and Anxious.
**Affect** - Appropriate.
**Insight** - Fair.
**Judgement** - Fair.
**Concentration** - Fair.


Assessment & Plan (Nasreen R. Dar MD; 5/13/2021 4:50 PM)
Bipolar affective, mixed (296.60 | F31.60)
Anxiety, generalized (300.02 | F41.1)
Back pain (724.5 | M54.9)
Current Plans

- Restarted Abilify 5 MG Oral Tablet, 1 (one) Tablet am, #30, 30 days starting 05/13/2021, No Refill.
- Restarted Amitriptyline HCl 50 MG Oral Tablet, 1 (one) Tablet hs, #30, 30 days starting 05/13/2021, No Refill.
- Supportive counseling was provided: discussed with patient and provided information.
- Pt Education - Stress Management: Deep Breathing: relaxation techniques
- Follow up in 4 weeks or as needed

Note: Patient Counselled regarding effects and side-effects of medicines.

Time Spent 15 min.

Signed electronically by Nasreen R Dar, MD (5/13/2021 4:53 PM)

## Encounter #2

History & Physical Report
4/29/2021: Office Visit - Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9) (Nasreen R. Dar, MD)
Ammie P Hale
Documented: 4/29/2021 1:50 PM
Location: Princeton Office
Patient #: 55190
DOB: 5/24/1975
Married / Language: English / Race: White
Female

History of Present Illness (Nasreen R. Dar MD; 4/29/2021 3:11 PM)
The patient is a 45 year old female who presents with a complaint of follow-up.

Location: Bipolar Disorder
Severity: 5 (1-10)
Duration: Several yrs.
Symptoms: Low energy, low motivation

Problem List/Past Medical (Nasreen R. Dar, MD; 4/29/2021 2:55 PM)
Back pain (724.5 | M54.9)

Allergies (Nasreen R. Dar MD; 4/29/2021 2:55 PM)
No Known Drug Allergies [04/15/2021]:
No Known Allergies [04/15/2021]:

Immunization History (Nasreen R. Dar, MD; 4/29/2021 2:55 PM)
Up to date

Family History (Nasreen R. Dar, MD; 4/29/2021 2:55 PM)
Depression  Father.
Bipolar Disorder  Maternal Aunt.

Social History (Nasreen R. Dar, MD; 4/29/2021 2:55 PM)
Current tobacco use  Current every day smoker.
Non Drinker/No Alcohol Use
Drug Use  Uses marijuana.

Travel History (Nasreen R. Dar, MD; 4/29/2021 2:55 PM)
Non-Contributory Travel History

Medication History (Nasreen R. Dar, MD; 4/29/2021 2:56 PM)
Abilify (2MG Tablet, 1 (one) Oral am, Taken starting 04/15/2021) Inactive.
Amitriptyline HCl (25MG Tablet, 1 (one) Oral hs, Taken starting 04/15/2021) Inactive.
Medications Reconciled

Review of Systems (Nasreen R. Dar MD; 4/29/2021 2:55 PM)
**General** Present- Fatigue, Night Sweats, Tiredness and Weight Gain. Not Present- Appetite Loss, Dietary Changes, Excessive Crying, Medication Changes, Obesity and Weight Loss.
**Skin** Not Present- Bruising, Clamminess, Dryness, Hives, Itching, Pruritus and Rash.
**HEENT** Present- Visual Disturbances and Wears glasses/contact lenses. Not Present- Blurred Vision, Color Blindness, Decreased Night Vision, Double Vision, Ear Discharge, Ear Pain, Eye Pain, Glaucoma, Hearing Loss, Nose Bleed, Ringing in the Ears, Runny Nose, Sleep Apnea and Spinning Sensation.
**Neck** Present- Neck Pain and Neck Stiffness.
**Respiratory** Not Present- Chronic Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Present- Palpitations. Not Present- Chest Pain, Edema and Fainting / Blacking Out.
**Musculoskeletal** Present- Back Pain, Joint Pain and Joint Stiffness. Not Present- Joint Redness, Joint Swelling, Leg Cramps, Leg Weakness, Muscle Atrophy, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Fainting, Focal Neurological Symptoms, Headaches, Hyperactivity, Incontinence Stool, Incontinence Urine, Incoordination, Loss of Consciousness, Numbness, Paresthesias and Seizures.
**Psychiatric** Present- Anxiety, Change in Sleep Pattern, Depression, Easily Irritated, Hypersomnia, Inability to Concentrate, Mood changes and Nervousness. Not Present- Delirium, Delusions, Disorientation, Early Awakening, Fearful, Feels safe at home, Frequent crying, Hallucinations, Impaired Cognitive Function, Insomnia, Memory Loss, Panic Attacks, Suicidal Ideation, Suicidal Planning and Trouble Falling Asleep.

Vitals (Nasreen R. Dar MD 4/29/2021 2:58 PM)
4/29/2021 2:57 PM
Weight: 188.38 lb  Height: 64 in
Body Surface Area: 1.91 m²  Body Mass Index: 32.33 kg/m²
Temp.: 97.9° F  Pulse: 91 (Regular)
BP: 144/98(Sitting, Left Arm, Standard)

**Physical Exam** (Nasreen R. Dar MD; 4/29/2021 2:59 PM)
**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Build & Nutrition** - Well nourished and Well developed.
**Posture** - Normal posture.
**Gait** - Normal.
**Hydration** - Well hydrated.
**Voice** - Normal.
**Dress** - Neat and Appropriate.
**Health Status** - General Health Good.
**Hygiene** - Good.
**Eye Contact** - Good.

**Integumentary**
**Global Assessment**
**Examination of related systems reveals** - Eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids. **Upon inspection and palpation of skin surfaces of the** - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no rashes. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. **Texture** - normal skin texture. **Thickness** - normal skin thickness. **Hair Distribution and Texture** - normal distribution of scalp and body hair, with normal hair texture.

**Head and Neck**
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - full range of motion.

**ENMT**
**Global Assessment**
**Examination of related systems reveals** - normocephalic, atraumatic. **Upon examination of the ears, nose, mouth and throat** - on assessment of hearing, the patient has normal hearing threshold.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Breast** - Did not examine.

**Cardiovascular**
**Cardiovascular examination reveals** - (see Vital Signs section for blood pressure measurements).

**Neurologic**
**Examination of related systems reveals** - patient is well-developed and well-nourished, normal gait and station and normal muscle strength and tone in all extremities.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or tremors.
**Mental status exam performed with findings of** - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation and displays ability to recall recent and remote events and fund of knowledge is intact.
**Orientation** - oriented to person, oriented to place and oriented to time.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self, the patient displays appropriate judgment regarding every day activities and judgment is appropriate in social situations.
**Abnormal/Psychotic Thoughts** - no delusions, no hallucinations, no compulsions, no obsessions, no homicidal ideation, no suicidal ideation, no phobias.
**Speech** - Normal.
**Language** - Normal.
**Thought Processes/ Cognitive Function** - Normal.
**Attitude** - Cooperative.
**Mannerisms** - None.
**Muscular** - Fidgety.
**Physio Signs** - None.
**Mood** - Depressed and Anxious.
**Affect** - Appropriate.
**Insight** - Fair.
**Judgement** - Fair.
**Concentration** - Fair.

Assessment & Plan (Nasreen R. Dar MD; 4/29/2021 3:10 PM)
Bipolar affective, mixed (296.60 | F31.60)
Anxiety, generalized (300.02 | F41.1)
Back pain (724.5 | M54.9)
Current Plans

- Restarted Abilify 5 MG Oral Tablet, 1 (one) Tablet am, #14, 14 days starting 04/29/2021, No Refill.
- Restarted Amitriptyline HCl 50 MG Oral Tablet, 1 (one) Tablet hs, #14, 14 days starting 04/29/2021, No Refill.
- Supportive counseling was provided: discussed with patient and provided information.
- Pt Education - Stress Management: Deep Breathing: relaxation techniques
- Follow up in 2 weeks or as needed

Note: Patient Counselled regarding effects and side-effects of medicines.

Time Spent 15 min.

Signed electronically by Nasreen R Dar, MD (4/29/2021 3:12 PM)

## Encounter #1

**History & Physical Report**
4/15/2021; Office Visit - Bipolar affective, mixed (296.60 | F31.60), Anxiety, generalized (300.02 | F41.1), Back pain (724.5 | M54.9) (Nasreen R. Dar, MD)
Ammie P Hale
Documented: 4/15/2021 1:10 PM
Location: Princeton Office
Patient #: 55190
DOB: 5/24/1975
Married / Language: English / Race: White
Female

**History of Present Illness** (Nasreen R. Dar MD; 4/15/2021 2:37 PM)
The patient is a 45 year old female who presents with bipolar disorder. The patient has a currently undetermined bipolar type. Symptoms include distractibility, flight of ideas, racing thoughts, heightened sexual drive, agitation, periods of excess energy, loss of interests, depressed mood, sleep disturbance, fatigue, poor concentration and labile moods. The episodes occur daily. The patient describes this as severe and worsening. Associated symptoms include anxiety symptoms. Suicide risk factors do not include suicidal thoughts, suicidal intention or suicide attempt(s). Homicidal risk factors do not include homicidal thoughts, homicidal intention or homicide attempt(s). Current treatment includes selective serotonin-norepinephrine reuptake inhibitors. Current habits include cigarettes per day. Current substance use does not includes cannabinoids, hallucinogens, cocaine, stimulants, sedatives, opioids or inhalants. The patient is currently able to do activities of daily living without limitations.

**Problem List/Past Medical** (Nasreen R. Dar, MD; 4/15/2021 2:25 PM)
Back pain (724.5 | M54.9)

**Allergies** (Nasreen R. Dar MD 4/15/2021 2:25 PM)
No Known Drug Allergies [04/15/2021]:
No Known Allergies [04/15/2021]:

**Immunization History** (Nasreen R. Dar, MD; 4/15/2021 2:25 PM)
Up to date

**Family History** (Nasreen R. Dar, MD; 4/15/2021 2:26 PM)
Depression Father.
Bipolar Disorder Maternal Aunt.

**Social History** (Nasreen R. Dar MD 4/15/2021 2:40 PM)
Current tobacco use Current every day smoker.
Non Drinker/No Alcohol Use
Drug Use Uses marijuana.

**Travel History** (Nasreen R. Dar, MD; 4/15/2021 2:27 PM)
Non-Contributory Travel History

**Medication History** (Nasreen R. Dar, MD; 4/15/2021 2:41 PM)
Effexor (75MG Tablet, 1 Oral qm) Active.
Medications Reconciled

**Review of Systems** (Nasreen R. Dar MD; 4/15/2021 2:24 PM)
**General** Present- Fatigue, Night Sweats, Tiredness and Weight Gain. Not Present- Appetite Loss, Dietary Changes, Excessive Crying, Medication Changes, Obesity and Weight Loss.
**Skin** Not Present- Bruising, Clamminess, Dryness, Hives, Itching, Pruritus and Rash.
**HEENT** Present- Visual Disturbances and Wears glasses/contact lenses. Not Present- Blurred Vision, Color Blindness, Decreased Night Vision, Double Vision, Ear Discharge, Ear Pain, Eye Pain, Glaucoma, Hearing Loss, Nose Bleed, Ringing In the Ears, Runny Nose, Sleep Apnea and Spinning Sensation.
**Neck** Present- Neck Pain and Neck Stiffness.
**Respiratory** Not Present- Chronic Cough, Difficulty Breathing and Wheezing.
**Cardiovascular** Present- Palpitations. Not Present- Chest Pain, Edema and Fainting / Blacking Out.
**Musculoskeletal** Present- Back Pain, Joint Pain and Joint Stiffness. Not Present- Joint Redness, Joint Swelling, Leg Cramps, Leg Weakness, Muscle Atrophy, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological** Not Present- Dizziness, Fainting, Focal Neurological Symptoms, Headaches, Hyperactivity, Incontinence Stool, Incontinence Urine, Incoordination, Loss of Consciousness, Numbness, Paresthesias and Seizures.
**Psychiatric** Present- Anxiety, Change in Sleep Pattern, Depression, Easily Irritated, Hypersomnia, Inability to Concentrate, Mood changes and Nervousness. Not Present- Delirium, Delusions, Disorientation, Early Awakening, Fearful, Feels safe at home, Frequent crying, Hallucinations, Impaired Cognitive Function, Insomnia, Memory Loss, Panic Attacks, Suicidal Ideation, Suicidal Planning and Trouble Falling Asleep.

**Vitals** (Nasreen R. Dar MD; 4/15/2021 2:28 PM)
4/15/2021 1:09 PM
Weight: 189.38 lb Height: 64 in
Body Surface Area: 1.91 m² Body Mass Index: 32.51 kg/m²
Temp.: 97.3° F (Temporal) Pulse: 82 (Regular)
BP: 140/94 (Sitting, Left Arm, Standard)

Physical Exam (Nasreen R. Dar MD; 4/15/2021 2:39 PM)

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative.
**Build & Nutrition** - Well nourished and Well developed.
**Posture** - Normal posture.
**Gait** - Normal.
**Hydration** - Well hydrated.
**Voice** - Normal.
**Dress** - Neat and Appropriate.
**Health Status** - General Health Good.
**Hygiene** - Good.
**Eye Contact** - Good.

### Integumentary
**Global Assessment**
Examination of related systems reveals - Eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids. Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.
**General Characteristics**
Overall examination of the patient's skin reveals - no rashes. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture. **Temperature** - normal warmth is noted. **Texture** - normal skin texture. **Thickness** - normal skin thickness. **Hair Distribution and Texture** - normal distribution of scalp and body hair, with normal hair texture.

### Head and Neck
**Face**
**Global Assessment** - atraumatic.
**Neck**
**Global Assessment** - full range of motion.

### ENMT
**Global Assessment**
Examination of related systems reveals - normocephalic, atraumatic. Upon examination of the ears, nose, mouth and throat - on assessment of hearing, the patient has normal hearing threshold.

### Chest and Lung Exam
Chest and lung exam reveals - quiet, even and easy respiratory effort with no use of accessory muscles.

**Breast** - Did not examine.

### Cardiovascular
Cardiovascular examination reveals - (see Vital Signs section for blood pressure measurements).

### Neurologic
Examination of related systems reveals - patient is well-developed and well-nourished, normal gait and station and normal muscle strength and tone in all extremities.

### Neuropsychiatric
Examination of related systems reveals - strength and tone is normal overall with no atrophy, spasticity or temors.
**Mental status exam performed with findings of** - no evidence of hallucinations, delusions, obsessions or homicidal/suicidal ideation and displays ability to recall recent and remote events and fund of knowledge is intact.
**Orientation** - oriented to person, oriented to place and oriented to time.
**Associations** - intact.
**Judgment and Insight** - insight is appropriate concerning matters relevant to self, the patient displays appropriate judgment regarding every day activities and judgment is appropriate in social situations.
**Abnormal/Psychotic Thoughts** - no delusions, no hallucinations, no compulsions, no obsessions, no homicidal ideation, no suicidal ideation, no phobias.
**Speech** - Normal.
**Language** - Normal.
**Thought Processes/Cognitive Function** - Normal.
**Attitude** - Cooperative.
**Mannerisms** - None.
**Muscular** - Fidgety.
**Physio Signs** - None.
**Mood** - Depressed and Anxious.
**Affect** - Appropriate.
**Insight** - Fair.
**Judgement** - Fair.
**Concentration** - Fair.

Assessment & Plan (Nasreen R. Dar MD; 4/15/2021 2:35 PM)
Bipolar affective, mixed (296.60 | F31.60)
Anxiety, generalized (300.02 | F41.1)
Back pain (724.5 | M54.9)
Current Plans

- Started Abilify 2 MG Oral Tablet, 1 (one) Tablet am, #14, 14 days starting 04/15/2021, No Refill.
- Started Amitriptyline HCl 25 MG Oral Tablet, 1 (one) Tablet hs, #14, 14 days starting 04/15/2021 No Refill.
- Supportive counseling was provided: discussed with patient and provided information.
- Pt Education - Stress Management: Deep Breathing: relaxation techniques
- Follow up in 2 weeks or as needed

Note: Patient Counselled regarding effects and side-effects of medicines.

Time Spent 25 min.

Signed electronically by Nasreen R Dar, MD (4/15/2021 2:42 PM)

## Scanned Documents

| # | Date | Title | Approved By | Comments |
|---|------|-------|-------------|----------|
| 1 | 03/24/2021 | Psychiatric Evaluation | White, Cynthia | No |