# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

Case No.: 1:20CR00029-001                                                        Date: 8/12/2021

**Defendant: Ammie Hale / Bond**                                   **Counsel: Nicholas B. Compton / Retained**

PRESENT:   JUDGE:              James P. Jones, USDJ      TIME IN COURT: 10:48 – 12:18 p. m. (1 hr, 30 minutes)
           Deputy Clerk:        Lottie Lunsford
           Court Reporter:      Donna Prather, OCR
           U. S. Attorney:      Randy Ramseyer
           USPO:                Jeremy Keller
           Case Agent:          Todd Phillips
           Interpreter:         N/A

### LIST OF WITNESSES

GOVERNMENT:                           DEFENDANT:
1. Todd Phillips                      1.

**PROCEEDINGS:**
Court hears defendant's Motion to Reject Amended Pre-Sentence Report (DE 67) Court denies motion as stated.
Defendant's Objections to Presentence Report heard. Court overrules remaining objections.

Government presents evidence.

No evidence by defendant.

Victim statements
1. William "Bill" Banks, III
2. Sharon Zimmerman

Court adopts Presentence Report.
Court accepts Plea Agreement.

Argument as to appropriate sentence heard.

Defendant Motion for Downward Departure/Variance. Court denies.
Government seeks a sentence above the guideline range.
Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP: Twenty-four (24) months, consisting of the same term on each of Counts 1, 2, 3 & 4, all to be served
        concurrently.
SR:   Three (3) years, consisting of the same term on each count to run concurrently. - comply w/Standard,
            Mandatory & Special Conditions.
        ☐ Mandatory drug testing suspended.
SA:   $400.00  due immediately.
FINE: Waived
REST: N/A

Court recommends as follows:
        That Defendant receive appropriate drug treatment and mental health treatment while imprisoned.

SPECIAL CONDITIONS OF SUPERVISION:

Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court;

Must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons;

Must submit her person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media], or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of this violation;

Must participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program;

Must participate in a program of testing and treatment for substance abuse, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

PAYMENT SCHEDULE:

A lump sum payment of $400.00 is due immediately.

Defendant advised of right to appeal.
Defendant to remain on bond and self report: to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal.